UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 AUG 22 PM 2: 36

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| Arthur Smith, Rachelle Westbrook Buddy D. Johnson, Robert Erbentraut Herbert Humphrey, Debbie Lindsey, and John Lindsey, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>FedEx Corporation, FedEx Ground System, Inc., and FedEx Home Delivery, Inc. and their respective health and benefits plans, Does 1-20,<br><br>Defendants. | No. 05-2447 D/P<br>JURY DEMAND |

## ORDER OF VOLUNTARY DISMISSAL

Upon stipulation of the parties, and for good cause shown, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, it is hereby

ORDERED that Defendant FedEx Corporation is hereby dismissed from this action without prejudice.

ENTERED this 22 day of August, 2005.

Bernice B. Donald, District Judge

This document entered on the docket sheet in compliance with Rule 5 ___ or 79(a) FRCP on 8/24/05

APPROVED FOR ENTRY:

*R. Christopher Gilreath* (signature)
R. Christopher Gilreath
GILREATH & ASSOCIATES
6256 Poplar Avenue
Memphis, TN 38119
(901) 680-9777

*Attorney for Plaintiffs*

*Edward J. Efkman, with permission R. Christopher Gilreath BPR 16667* (signature)
Edward J. Efkman
FEDERAL EXPRESS CORP.
Building B, 3rd Floor
3620 Hacks Cross Road
Memphis, TN 38125
(901) 434-8555

*Attorney for Defendant
FedEx Corporation*

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 2:05-CV-02447 was distributed by fax, mail, or direct printing on August 24, 2005 to the parties listed.

---

Joree Brownlow
LAW OFFICE OF JOREE G. BROWNLOW
1444 Gillham Dr.
Ste. 200
Bartlett, TN 38134

Joni M. Thome
Halunen & Associates
220 South 6th Street
Suite 2000
Minneapolis, MN 55402

J. Gordon Rudd
Zimmerman & Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, MN 55401

Anne T. Regan
Zimmerman & Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, MN 55401

Charles N. Nauen
Lockridge Grindal Nauen, PLLP
100 Washington Avenue, South
Suite 2200
Minneapolis, MN 55401

James R. Mulroy
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Edward J. Efkman
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Rd.
Bldg. B, 3rd fl.
Memphis, TN 38125

Clayton D. Halunen
Halunen & Associates
220 South 6th Street
Suite 2000
Minneapolis, MN 55402

Susan E. Ellingstad
Lockridge Grindal Nauen, PLLP
100 Washington Avenue, South
Suite 2200
Minneapolis, MN 55401

R. Christopher Gilreath
GILREATH & ASSOCIATES
6256 Poplar Ave.
Memphis, TN 38119

William T. Fiala
LEWIS FISHER HENDERSON CLAXTON & MULROY
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Honorable Bernice Donald
US DISTRICT COURT