FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 AUG 29 PM 4: 23

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

---

ARTHUR SMITH, et al.,

    Plaintiffs,

v.

FEDEX CORPORATION, et al.,

    Defendant.

Case No.: 05-2447 D

---

## ORDER

---

Before the court is Defendant FedEx Corporation's Motion to Dismiss (Doc. # 7). Based on the Stipulation of Voluntary Dismissal (Docket # 14), the motion is dismissed as moot.

**IT IS SO ORDERED** this __29__ day of __August__, 2005.

          BERNICE BOUIE DONALD
          UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and .9(a, ... on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:05-CV-02447 was distributed by fax, mail, or direct printing on September 6, 2005 to the parties listed.

---

Clayton D. Halunen
Halunen & Associates
220 South 6th Street
Suite 2000
Minneapolis, MN 55402

J. Gordon Rudd
Zimmerman & Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, MN 55401

Joree Brownlow
LAW OFFICE OF JOREE G. BROWNLOW
1444 Gillham Dr.
Ste. 200
Bartlett, TN 38134

R. Christopher Gilreath
GILREATH & ASSOCIATES
6256 Poplar Ave.
Memphis, TN 38119

Anne T. Regan
Zimmerman & Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, MN 55401

William T. Fiala
LEWIS FISHER HENDERSON CLAXTON & MULROY
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Susan E. Ellingstad
Lockridge Grindal Nauen, PLLP
100 Washington Avenue, South
Suite 2200
Minneapolis, MN 55401

Charles N. Nauen
Lockridge Grindal Nauen, PLLP
100 Washington Avenue, South
Suite 2200
Minneapolis, MN 55401

Joni M. Thome
Halunen & Associates
220 South 6th Street
Suite 2000
Minneapolis, MN 55402

James R. Mulroy
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Edward J. Efkman
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Rd.
Bldg. B, 3rd fl.
Memphis, TN 38125

Honorable Bernice Donald
US DISTRICT COURT