A CERTIFIED TRUE COPY

SEP 15 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED BY _____ D.C.

05 SEP 27 PM 3: 04

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TENN. MEMPHIS

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 30 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1700

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE FEDEX GROUND PACKAGE SYSTEM, INC., EMPLOYMENT
PRACTICES LITIGATION (NO. II)

05-2447-D

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-1)

On August 10, 2005, the Panel transferred 15 civil actions to the United States District Court for the Northern District of Indiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable Robert L. Miller, Jr.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Northern District of Indiana and assigned to Judge Miller.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Indiana for the reasons stated in the order of August 10, 2005, ____F.Supp.2d____ (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Robert L. Miller, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Indiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

SEP 15 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

20

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS
## DOCKET NO. 1700
## IN RE FEDEX GROUND PACKAGE SYSTEM, INC., EMPLOYMENT PRACTICES LITIGATION (NO. II)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **MASSACHUSETTS** | |
| ~~MA   1  05-10976~~ | ~~Ronald Perry, et al. v. FedEx Ground Package System, Inc.~~  Opposed 9/15/05 |
| **MISSISSIPPI NORTHERN** | |
| MSN  2  05-142 | Theodore Fleming, Jr., et al. v. FedEx Corp., et al. |
| **NEW JERSEY** | |
| NJ   1  05-2930 | Michael Tofaute, et al. v. FedEx Ground Package Systems, Inc. |
| **OREGON** | |
| OR   3  05-1127 | Edward Slayman v. FedEx Ground Package System, Inc. |
| **PENNSYLVANIA EASTERN** | |
| PAE  2  05-3836 | Derek D. Willis v. FedEx Ground Package Systems, Inc., et al. |
| **PENNSYLVANIA WESTERN** | |
| PAW  2  05-1015 | Jeffrey Hart v. FedEx Ground Package System, Inc. |
| **RHODE ISLAND** | |
| RI   1  05-220 | Raymond Tierney, et al. v. FedEx Ground Package System, Inc. |
| **TENNESSEE WESTERN** | |
| ✓ TNW  2  05-2447 | Arthur Smith, et al. v. FedEx Corp., et al. |
| **WISCONSIN EASTERN** | |
| WIE  2  05-737 | Gary Lee Larson, et al. v. FedEx Ground Package System, Inc. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
I hereby certify that the foregoing is a
true copy of the original on file in this court
and cause.
STEPHEN R. LUDWIG, CLERK
By_____
                 DEPUTY
9/23/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 2:05-CV-02447 was distributed by fax, mail, or direct printing on September 28, 2005 to the parties listed.

---

James R. Mulroy
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Clayton D. Halunen
Halunen & Associates
220 South 6th Street
Suite 2000
Minneapolis, MN 55402

R. Christopher Gilreath
GILREATH & ASSOCIATES
6256 Poplar Ave.
Memphis, TN 38119

William T. Fiala
LEWIS FISHER HENDERSON CLAXTON & MULROY
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Susan E. Ellingstad
Lockridge Grindal Nauen, PLLP
100 Washington Avenue, South
Suite 2200
Minneapolis, MN 55401

Joni M. Thome
Halunen & Associates
220 South 6th Street
Suite 2000
Minneapolis, MN 55402

J. Gordon Rudd
Zimmerman & Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, MN 55401

Edward J. Efkman
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Rd.
Bldg. B, 3rd fl.
Memphis, TN 38125

Joree Brownlow
LAW OFFICE OF JOREE G. BROWNLOW
1444 Gillham Dr.
Ste. 200
Bartlett, TN 38134

Anne T. Regan
Zimmerman & Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, MN 55401

Charles N. Nauen
Lockridge Grindal Nauen, PLLP
100 Washington Avenue, South
Suite 2200
Minneapolis, MN 55401

Honorable Bernice Donald
US DISTRICT COURT